IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

KENNETH GEORGE HAMILTON, JR.                                                    PLAINTIFF

vs.                                    Civil No. 6:12-cv-06068

MICHAEL J. ASTRUE                                                               DEFENDANT
Commissioner, Social Security Administration

## MEMORANDUM OPINION

Before this Court is Defendant's Motion to Remand. ECF No. 13. The Parties have consented to the jurisdiction of a magistrate judge to conduct any and all proceedings in this case, including conducting the trial, ordering the entry of a final judgment, and conducting all post-judgment proceedings. ECF No. 5. Pursuant to this authority, this Court issues this Memorandum Opinion.

On November 19, 2012, Defendant filed the present Motion. ECF No. 13. Defendant seeks a remand pursuant to Sentence 4 of 42 U.S.C. § 405(g) for further administrative proceedings. *Id.* The Court contacted Plaintiff, and Plaintiff does not object to this Motion. Accordingly, Defendant's Motion to Remand (ECF No. 13) is **GRANTED.** A judgment incorporating these findings will be entered pursuant to Federal Rules of Civil Procedure 52 and 58.

ENTERED this 30th day of November 2012.

                                              s/ Barry A. Bryant
                                              HON. BARRY A. BRYANT
                                              U. S. MAGISTRATE JUDGE